1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN H. MacCONAGHY (SBN 83648)
JEAN BARNIER (SBN 231683)
**MacCONAGHY & BARNIER PLC**
645 First St. West, Suite D
Sonoma, CA 95476
Phone: 707.935.3205
Fax: 707.935.7051
Email: maclaw@macbarlaw.com

MARK GORTON (SBN 099312)
BASHAR AHMAD (SBN 258619)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: mgorton@boutinjones.com

Attorneys for Secured Creditor
ROY G. APPLEQUIST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SANTA ROSA)

| | |
|---|---|
| In re | ) **Case No. 13-10527** |
| | ) |
| MYRA ARIN, | ) Chapter 13 |
| | ) |
| Debtor. | ) **ORDER GRANTING SECURED** |
| | ) **CREDITOR ROY G. APPLEQUIST'S** |
| | ) **MOTION FOR EXTENSION OF TIME** |
| | ) **TO FILE COMPLAINT TO** |
| | ) **DETERMINE DISCHARGEABILITY OF** |
| | ) **DEBT** |
| | ) |
| | ) Date: July 24, 2013 |
| | ) Time: 1:30 P.M. |
| | ) Judge: Hon. Alan Jaroslovsky |
| | ) Place: Courtroom |
| | ) 99 South E. St. |
| | ) Santa Rosa, CA 95404 |
| | ) |

Upon the motion of secured creditor Roy G. Applequist, in his capacity as Trustee of the Roy

A. Applequist Trust dated November 10, 2000 ("Applequist"), pursuant Rule 4007(c) of the Federal

Rules of Bankruptcy Procedure, for extension of time to file complaint to determine dischargeability

of debt, cause appearing and no opposition having been filed or heard,

1

1         IT IS ORDERED that deadline for Applequist to file a nondischargeability complaint under

2    11 U.S.C. Section 523(c) is hereby extended through and including September 30, 2013, subject to

3    further extension for cause.

4    DATED:  August 5, 2013

5    _____
     Alan Jaroslovsky
6    Chief Bankruptcy Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING APPLEQUIST'S MOTION FOR EXTENSION OF TIME TO FILE
NONDISCHARGEABILITY COMPLAINT**

Case: 11-10527   Doc# 44   Filed: 08/05/13   Entered: 08/05/13 16:27:08   Page 2 of 2
547001.1