1  Douglas B. Provencher (77823)
   PROVENCHER & FLATT LLP
2  823 Sonoma Avenue
   Santa Rosa, CA  95404-4714
3  Telephone: (707) 284-2380
   Facsimile:  (707) 284-2387
4
5  Attorneys for Linda S. Green, Trustee
6
7
8  ### UNITED STATES BANKRUPTCY COURT
   ### NORTHERN DISTRICT OF CALIFORNIA
9  ### SANTA ROSA DIVISION
10
11 | | Case No. 13-10527 |
12 | | Chapter 7 (Converted from Chapter 13) |
   | In re: | |
13 | | **ORDER REQUIRING DEBTOR TO** |
14 | | **COOPERATE AND PERMIT** |
   | | **INSPECTION AND** |
15 | | **PHOTOGRAPHY BY BUYER'S** |
   | | **REPRESENTATIVE OF REAL** |
16 | **MYRA ARIN** | **PROPERTY LOCATED AT 1520 MT.** |
   | | **WESKE, WINDSOR, CALIFORNIA,** |
17 | | **ON 48 HOURS NOTICE TO** |
   | | **DEBTOR'S ATTORNEY** |
18 | Debtor. | |

19
20
21        Based on the Trustee's motion to permit inspection of the real property located at 1520
22 Mt. Weske, Windsor, California and for good cause appearing
23        IT IS ORDERED that the prospective purchaser, Roy G. Applequist, may have an
24 independent agent not related to Applequist inspect and photograph the real property
25 located at 1520 Mt. Weske, Windsor, California within the next ten days upon 48 hours
26 notice to the debtor's counsel Michelle M. Poteracke.  Mr. Applequist is not permitted to
27 personally inspect the property.
28        IT IS ORDERED further ordered that the trustee, Linda S. Green, or her authorized

Provencher & Flatt llp
Attorneys at Law
823 Sonoma Ave.
Santa Rosa, CA 95404
(707) 284-2380

representative may accompany the buyer's representative.

Dated: December 13, 2013

_____

Alan Jaroslovsky
Chief Bankruptcy Judge